UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES EARL WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05-CV-1242-MLM |
| ) | |
| MICHAEL M. JOHNSTON, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915 (e) (2) (B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith pursuant to 28 U.S.C. § 1915 (a) (3).

Dated this 2nd day of November, 2005

_____
**UNITED STATES DISTRICT JUDGE**